Case No. **2:21-cv-00001-JM**
Style: **MARIETTE MCNEAL v. STEPHEN EZOUA,** *et al.*

**TRIAL MINUTES**
**WITNESS AND EXHIBIT LISTS**

Jury Trial held March 21, 2022 through March 22, 2022, in Little Rock, Arkansas, before United States Judge James M. Moody Jr.

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MARIETTE MCNEAL**  
PLAINTIFF  
ATTY: Thomas Greer  
ATTY: Stuart Baker Yates  

JUDGE: James Moody Jr.  
REPORTER: Karen Dellinger  
BEGIN DATE: March 21, 2022  

v.  Case No. **2:21-cv-00001-JM**

**STEPHEN EZOUA v. GLOBAL WIRELESS SOLUTIONS, INC.**  
DEFENDANTS  
ATTY: Richard Evan Sorin  

## MINUTES – JURY TRIAL

**TIME** *DAY 1, Monday, March 21, 2022, in Little Rock, AR (Court Reporter: Karen Dellinger)*
- 10:00  Jury enters; 18 names called; voir dire by Court begins
- 10:31  Voir dire by Plaintiff; Juror no. 8 stuck for cause
- 10:57  Voir dire by Defendant
- 11:02  Court questions juror no. 17; juror no. 17 struck for cause
- 11:07  Court in recess for strikes

- 11:20  Court in session in the presence of the jury; jury of 12 seated and sworn
- 11:21  Court gives opening instructions to jurors
- 11:38  Court in recess for lunch

**TIME** *DAY 1, continued (Court Reporter: Stephen Franklin)*
- 12:44  Jury enters; Opening statements by Plaintiff
- 1:02  Opening Statements by Defendants
- 1:14  Plaintiff calls Lt. John Gardner as witness no. 1; Plaintiff's exhibits E, D, A received into evidence
- 1:49  Plaintiff calls Officer Amber Kimbrough as witness no. 2
- 1:52  Plaintiff calls Donald Phillips as witness no. 3; Plaintiff exhibits H, I, B, C received into evidence
- 2:41  Court in recess

- 2:57  Jury enters; Direct examination of witness no. 3 continues
- 3:17  Plaintiff calls Isaac Howley, MD as witness no 4 (via video deposition)
- 3:50  Plaintiff calls Stephan Ezoua as witness no. 5
- 4:41  Jury excused for the day, directed to report back at 9:00a.m.
- 4:45  Court in recess for the day

| TIME | *DAY 2, Tuesday, March 22, 2022, in Little Rock, AR (Court Reporter: Karen Dellinger)* |
|---|---|
| 9:02 | Jury enters; Plaintiff calls Debra Simpson as witness no. 6 (via video deposition) |
| 10:07 | Plaintiff calls Mariette McNeal as witness no. 7; Plaintiff's exhibits K, L received into evidence |
| 10:30 | Plaintiff calls King McWilliams, Jr. as witness no. 8 |
| 10:34 | Plaintiff calls Darryll Alexander Jr. as witness no. 9 |
| 10:40 | Plaintiff calls Darrion Alexander as witness no. 10 |
| 10:48 | Plaintiff calls Lariyon Alexander as witness no. 11 |
| 10:51 | Plaintiff calls Gena Banks as witness no. 12 |
| 11:02 | Jurors excused |
| 11:03 | Court receives Plaintiff's exhibits J, M. G, F. |
| 11:12 | Court in recess |
| 11:26 | Jury enters; Plaintiff calls Olivia Bullock as witness no. 13 |
| 11:36 | Plaintiff calls DaMarrion Alexander as witness no. 14 |
| 11:46 | Stipulations read to jurors |
| 11:48 | Plaintiff rests |
| 11:49 | Jurors excused for lunch |
| 11:49 | Court in session outside the presence of the jury; Court addresses Directed verdicts 1, 2, 3. Directed verdict 1 is denied, Directed verdict 2 was agreed to by the parties; Directed verdict 3 is denied, all for the reasons stated on the record |
| 12:30 | Court in recess |

| TIME | *DAY 2, continued (Court Reporter: Stephen Franklin)* |
|---|---|
| 1:04 | Jury enters; Defendants' call Brent Munyon as witness no. 1; Defendants' exhibit A received into evidence |
| 1:49 | Defendant rests |
| 1:52 | Court in recess |
| 2:09 | Jury enters; Court reads jury instructions |
| 2:27 | Closing arguments by Plaintiff |
| 2:51 | Closing arguments by Defendants |
| 3:10 | Rebuttal arguments by Plaintiff |
| 3:15 | Court reads final jury instructions |
| 3:26 | CSO sworn; jurors retire for deliberations |
| 4:40 | Court addresses juror note |
| 4:50 | Court in session in the presence of the jury; Verdict in favor of Plaintiff published in open Court. The jury finds total damages to be $4,500,000.00 |
| 4:54 | Jurors excused from further service; Court adjourned. |