IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MARIETTE MCNEAL**                                                                                                      **PLAINTIFF**

V.                              CASE NO.   2:21CV00001 JM

**STEPHAN EZOUA AND**
**GLOBAL WIRELESS SOLUTIONS INC.**                                                      **DEFENDANT**

### JUDGMENT ON JURY VERDICT

This action came on for trial March 21 and 22, 2022 before the Court and a jury, the Honorable James M. Moody Jr. United States District Judge presiding.

The issues having been duly tried, and after deliberating thereon, the jury returned a verdict on March 22, 2022, in favor of the Plaintiff.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that the Plaintiff, Mariette McNeal, take the sum of four million, five hundred thousand dollars ($4,500,000.00) of and from the Defendants, Stephan Ezoua and Global Wireless Solutions and the case is hereby dismissed.

Dated this 23rd day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE